IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HENRY ODOM, JR., and, : | |
| JUSTIN BOSTIC, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | No. 5:14-CV-22 (CAR) |
| JASPER COUNTY, CHARLES : | |
| ROPER, SHERIFF DONNIE POPE, : | |
| and DETENTION OFFICER : | |
| NATHAN WILKS, : | |
| : | |
| Defendants. : | |
| : | |

## ORDER DIRECTING CLERK OF COURT TO SEVER AND OPEN A NEW CASE

On March 29, 2016, the Court denied Defendant Nathan Wilks's Motion for Summary Judgment, and granted his Motion to Sever the case for trial [Doc. 55]. The Court found Plaintiff Henry Odom, Jr. and Plaintiff Justin Bostic's claims arise from completely separate events and are evaluated under different standards for excessive force claims. Therefore, the Court, exercising its discretionary authority, granted the Defendant's Motion and ordered the case severed for trial.

Accordingly, all Plaintiffs' claims are **SEVERED** into individual actions, one for each named Plaintiff. The Court hereby **DIRECTS** the Clerk of Court to open a new

case for Plaintiff Justin Bostic against Defendants Jasper County, Charles Roper, Sheriff Donnie Pope, and Nathan Wilks.

    **SO ORDERED,** this 29th day of June, 2016.

                                                        <u>S/ C. Ashley Royal</u>
                                                        C. ASHLEY ROYAL
                                                        UNITED STATES DISTRICT JUDGE

CML/jrf